1  **WAJDA LAW GROUP, APC**
Nicholas M. Wajda (State Bar No. 259178)
2  6167 Bristol Parkway, Suite 200
Culver City, California 90230
3  Telephone: (310) 997-0471
Facsimile: (866) 286-8433
4  E-Mail: nick@wajdalawgroup.com
5  *Counsel for Plaintiff*

6

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9

10  KEVIN ARMSTRONG,                          Case No. 2:20-cv-01082-MCE-EFB

11                      Plaintiff,            **NOTICE OF VOLUNTARY DISMISSAL
                                             WITH PREJUDICE**
12          v.

13

14  WESTLAKE FINANCIAL SERVICES,

15                      Defendant.

16

17  **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

18

19      **NOW COMES** Plaintiff Kevin Armstrong ("Plaintiff"), by and through his attorneys, and in

20  support of his Notice of Voluntary Dismissal with Prejudice, states as follows:

21      Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby

22  voluntarily dismisses his claims against, Westlake Financial Services.

23

24

25

26

27

28

1

1    Dated: August 25, 2020                         Respectfully Submitted,

2                                                   **KEVIN ARMSTRONG**

3                                                   s/ *Nicholas M. Wajda*
                                                    Nicholas M. Wajda
4                                                   **WAJDA LAW GROUP, APC**
                                                    6167 Bristol Parkway, Suite 200
5                                                   Culver City, California 90230
                                                    Telephone: (310) 997-0471
6                                                   Facsimile: (866) 286-8433
                                                    E-Mail: nick@wajdalawgroup.com
7                                                   *Counsel for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28