1  **WAJDA LAW GROUP, APC**
2  Nicholas M. Wajda (State Bar No. 259178)
   6167 Bristol Parkway, Suite 200
3  Culver City, California 90230
   Telephone: (310) 997-0471
4  Facsimile: (866) 286-8433
   E-Mail: nick@wajdalawgroup.com
5  *Counsel for Plaintiff*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | KEVIN ARMSTRONG, | Case No. 2:20-cv-01082-MCE-EFB |
   |---|---|
   | Plaintiff, | **ORDER** |
   | v. | |
   | WESTLAKE FINANCIAL SERVICES, | |
   | Defendant. | |

18     Plaintiff, Kevin Armstrong ("Plaintiff"), by and through his attorney, having filed with

this Court his Notice of Voluntary Dismissal with prejudice, and the Court having reviewed same,

now finds that this matter should be dismissed. Accordingly, the above cause of action is hereby

DISMISSED with prejudice, and the Clerk of the Court is directed to close this case.

       IT IS SO ORDERED.

Dated:  August 26, 2020

                                                    _____
                                                    MORRISON C. ENGLAND, JR
                                                    SENIOR UNITED STATES DISTRICT JUDGE